UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,                               Criminal No. 09-CR-507 (DNH)

v.

BALDEO SAHABIR and
KAMLA SAHABIR,

        Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REPLY MEMORANDUM OF THE UNITED STATES

The defendant Kamla Sahabir has objected to the introduction of tax return information because there is a pending New York state investigation involving the Sahabirs. It is important to note that the tax returns which the government intends to offer are federal returns. There is no intention on the part of the government to make mention of, or to offer, any evidence of state tax returns or the lack thereof. The defendant's objection therefore is unfounded. For the reasons set forth in the earlier memorandum on this issue filed by the government, the tax return information should be admissible at trial.

Dated: July 28, 2010                    Respectfully submitted,

                                          Richard S. Hartunian
                                          United States Attorney

                                          /s/
                              By:  Edward R. Broton
                                          Assistant U.S. Attorney
                                          Bar Roll No. 101230

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

    v.

BALDEO SAHABIR and
KAMLA SAHABIR,

            Defendants.

Criminal Action No.
09-CR-507

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2010, I electronically filed the **GOVERNMENT'S REPLY MEMORANDUM** with the Clerk of the District Court using the CM/ECF system.


Stephen Coffey, Esq.                        E. Stewart Jones, Jr., Esq


                                      /s/
                                      Paula Briggs