UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

   -against-

BALDEO SAHABIR and KAMLA SAHABIR,
                                    Defendants.

**NOTICE OF MOTION**
Indictment No. 09-CR-507 (DNH)

---

| | |
|---|---|
| Motion By: | Defendant, Baldeo Sahabir |
| Date, Time and Place: | October 8, 2010<br>U.S. District Court<br>Utica, New York |
| Supporting Papers: | Memorandum of Law with attached exhibits |
| Nature of Action: | Motion pursuant to Rule 29 and Rule 33 |
| Relief Demanded: | Order granting Rule 29 and Rule 33 motions |

The Defendant, Baldeo Sahabir, joins in, incorporates by reference, and adopts all arguments made by the Co-Defendant, his wife, which challenge the verdict pursuant to Rule 29 or Rule 33 of the Federal Rules of Criminal Procedure.

DATED:    September 15, 2010

                                    O'CONNELL AND ARONOWITZ
                                    By:
                                        <u>/s/Stephen R. Coffey, Esq.</u>
                                        Stephen R. Coffey, Esq.
                                        Bar Roll No. 101370
                                        Attorneys for Defendants
                                        Office and P.O. Address
                                        54 State Street
                                        Albany NY  12207-2501
                                        (518) 462-5601

TO:    United States District Court
         Office of the Clerk
         U.S. Courthouse and Federal Building
         10 Broad Street
         Utica NY  13501

Hon. David N. Hurd
United States District Court Judge
United States District Court
U.S. Courthouse and Federal Building
10 Broad Street
Utica NY  13501

United States Attorney's Office
Edward Broton, Esq., AUSA
U.S. Courthouse and Federal Building
Room 900
100 South Clinton Street
Syracuse NY  13261

G:\DATA\ATTORNEY\SRC\Sahabir\NTmotion.doc

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
Indictment No. 09-CR-507 (DNH)

## CERTIFICATE OF SERVICE

I, Stephen R. Coffey, Esq., attorney of record for the above-named Defendant, hereby certifies that on September 15, 2010, I electronically filed the foregoing Notice of Motion seeking relief under Rule 29 and Rule 33 and Memorandum of Law with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to Edward Broton, Esq., Assistant U.S. Attorney.

DATED:    September 15, 2010

O'CONNELL AND ARONOWITZ
By:
/s/Stephen R. Coffey, Esq.
Stephen R. Coffey, Esq.
Bar Roll No. 101370
Attorneys for Defendants
Office and P.O. Address
54 State Street
Albany NY  12207-2501
(518) 462-5601