

**E. Stewart Jones, Jr.**
**W. Farley Jones**
**George E. LaMarche III**

*Meghan Rielly Keenholts*
*Sarah Spain Holt*

*Since 1898*

*28 Second Street*
*Troy, New York 12180*
*Telephone (518) 274-5820*
*Toll Free (866) ESJONES*
*(866) 375-6637*
*Fax (518) 274-5875*
*E-mail: info@esjlaw.com*

January 20, 2011

Hon. David N. Hurd
300 Alexander Pirnie Federal Bldg.
10 Broad Street
Utica, New York   13501

    Re:  USA v. Kamla Sahabir
         1:09-cr-00507-DNH
         Our File No. CR-865

Dear Judge Hurd:

    I have reviewed the Order to Show Cause submitted by Andrew Safranko on behalf of Baldeo Sahabir and hereby join in the application and request that the Court grant a new trial based on the newly discovered evidence and in the interests of justice, or in the alternative, grant a hearing to address this issue.

    Finally, we also join in the request that the Court grant defendants' request for a stay of detention pending the resolution of this matter.

                                        Sincerely,

                                        E. STEWART JONES, PLLC

                                        **/s/ E. Stewart Jones, Jr.**

                                        E. Stewart Jones, Jr.

ESJ,JR./ml