UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~

UNITED STATES OF AMERICA,

            vs                  1:09-CR-507

BALDEO SAHABIR and KAMLA SAHABIR

            Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~

| APPEARANCES: | OF COUNSEL: |
|---|---|
| HON. RICHARD S. HARTUNIAN<br>United States Attorney<br>  for the Northern District of New York<br>P. O. Box 7198<br>100 South Clinton Street<br>Syracuse, New York  13261-5165 | EDWARD R. BROTON, ESQ.<br>GWENDOLYN E. CARROLL, ESQ.<br>Assistant U.S. Attorney |
| O'CONNELL and ARONOWITZ<br>Attorneys for Defendant Baldeo Sahabir<br>9th Floor<br>54 State Street<br>Albany, NY 12207-2501 | STEVEN R. COFFEY, ESQ.<br>ANDREW R. SAFRANKO, ESQ. |
| E. STEWART JONES, PLLC<br>Attorney for Defendant Kamla Sahabir<br>28 Second Street<br>Troy, New York 12180 | E. STEWART JONES, JR., ESQ.<br>SARAH SPAIN HOLT, ESQ. |

DAVID N. HURD
United States District Judge

# O R D E R

On January 20, 2011, the defendant Baldeo Sahabir filed a proposed Order to Show Cause, moving for a new trial pursuant to Fed. R. Crim. P. 33, and to stay his surrender date. (Doc. No. 125). Defendant Kamla Sahabir joined the motion. (Doc. No. 128). The motion was denied. (Doc. No. 129).

On March 16, 2011, the defendant Kamla Sahabir renewed the motion by filing a proposed Order to Show Cause. (Doc. No. 130).  Defendant Baldeo Sahabir joined the motion (Doc. No. 131).  The Government opposed.  (Doc. No. 132).

Upon review of the submissions, and in particular, the reply of the Government, it is

ORDERED, that

1.  The motion for a new trial pursuant to Fed. R. Crim. P. 33 is DENIED; and

2.  The motion to stay the surrender date of March 29, 2011, for defendant Kamla Sahabir is DENIED.

IT IS SO ORDERED.

United States District Judge

Dated:  March 25, 2011
        Utica, New York.