```
 1

 2     UNITED STATES  DISTRICT COURT

 3     NORTHERN DISTRICT OF NEW YORK
       *****************************************************
 4     UNITED STATES OF AMERICA,

 5
         vs.                         09-CR-507
 6
        KAMLA SAHABIR,
 7
                            Defendants.
 8     *****************************************************

 9            Transcript of the Sentencing Proceedings held on

10     December 15, 2010, before the HONORABLE DAVID N. HURD, at

11     the United States Federal Courthouse, 10 Broad Street,

12     Utica, New York, before Nancy L. Freddoso, Registered

13     Professional Reporter and Notary Public in and for the

14     State of New York.

15

16                    A P P E A R A N C E S

17     Government:     UNITED STATES ATTORNEY'S OFFICE
                       ROOM 900, HANLEY FEDERAL BLDG.
18                     100 SOUTH CLINTON STREET
                       SYRACUSE, NEW YORK  13261-7198
19             BY:  EDWARD R. BROTON, AUSA
                    GWENDOLYN E. CARROLL
20

21     Defendant:     E. STEWART JONES LAW FIRM, PLLC
                       ATTORNEYS AT LAW
22                     28 Second Street
                       Troy, New York 12180
23             BY:  E. STEWART JONES, ESQUIRE

24
                       NANCY L. FREDDOSO, R.P.R.
25             Official United States Court Reporter
                    10 Broad Street, Room 316
26                    Utica, New York 13501
                         (315) 793-8114
```

1  Sentencing

2                      (WHEREUPON, the proceedings held on

3                      December 15, 2010, were commenced at

4                      1:35 p.m.

5

6                      COURT CLERK:  United States of America

7  versus Kamla Sahabir, criminal number 2009-CR-507.

8                      Counselors, your appearance for the record,

9  please.

10                     MR. BROTON:  Good afternoon, Your Honor.

11 Ed Broton and Gwen Carroll on behalf of the United States.

12                     MR. JONES:  Good afternoon, Judge.

13 E. Stewart Jones on behalf of Kamla, and Kamla is in

14 person.

15                     THE COURT:  Is there any reason why we

16 should not now proceed with sentencing?

17                     MR. BROTON:  No, Your Honor.

18                     MR. JONES:  No, Your Honor.

19                     THE COURT:  Okay.  Please stand.

20                     Mr. Jones, you have had an opportunity to

21 review the Presentence Investigation Report with your

22 client?

23                     MR. JONES:  I have, Your Honor.

24                     THE COURT:  Ms. Sahabir, you have had a

25 chance to go over this report with your lawyer?

26                     THE DEFENDANT:  Yes, sir.

1   Sentencing

2              THE COURT:  Mr. Jones, you have indicated

3   you have some objections to some of the facts that are in

4   that report?

5              MR. JONES:  Yes, Judge.  As outlined in my

6   letter of December 3rd.

7              THE COURT:  Do you wish to be heard further

8   with regards to that?

9              MR. JONES:  I do not, Judge.

10              THE COURT:  Mr. Broton, do you wish to be

11   heard further with regards to any objections to the facts,

12   and in particular, I guess the amount of loss that the

13   defendant would be charged with, is what seems to be the

14   main objection in the factual statement.

15              MR. BROTON:  Your Honor, our position is

16   that the amount of loss is properly scored in the

17   Presentence Report by the Probation Department in that the

18   conduct, although not within the counts of conviction to

19   some degree, is still within relevant conduct that would

20   justify or account for the loss amount as calculated by the

21   Probation Department.

22              THE COURT:  Does the government have any

23   objections to the factual accuracy of the report.

24              MR. BROTON:  We do not, your Honor.

25              THE COURT:  With regards to the amount of

26   loss, I was, of course, at the trial.  I heard the

1  Sentencing

2  testimony.  The government admits that because of time

3  issues, it could not trace some of the earlier

4  transactions.

5           In respect to the jury verdict which

6  acquitted the defendant of Counts 3, 4, and 5, I am finding

7  by a fair preponderance of the evidence that the defendant,

8  this defendant, is not responsible for the Alli account or

9  the J.P. Morgan account.

10           Therefore, the loss, as far as this

11  defendant is concerned, is two million, four hundred and

12  nineteen thousand, two hundred and forty-five dollars and

13  ten cents.

14           Otherwise, the Court adopts the factual

15  statements contained in the Presentence Report, and the

16  Presentence Report will be made a part of the record, and

17  the Clerk is ordered to place the report under seal.  If an

18  appeal is taken, counsel on appeal will be permitted access

19  to all parts of the report except for the Probation

20  Officer's rationale.

21           In addition to the Presentence Report, I

22  have received the government sentencing memorandum,

23  Mr. Jones sentencing memorandum which includes Exhibits A,

24  B, C, and D, a number of letters in support of the

25  defendant.  I have also received additional letters in

26  support of the defendant which have all been docketed and

1    Sentencing

2    are all part of the record in this case.

3              Are there any further written materials I

4    should review before we proceed further, counselors?

5              MR. BROTON:  Not on behalf of the

6    government, Your Honor.

7              MR. JONES:  No, Your Honor.  I just want to

8    make sure that you received the most recent letter which

9    included a letter from Kamla's daughter.

10             THE COURT:  I did.  I have received and

11   reviewed in detail each letter received, etcetera.

12             Okay.  The Probation Department has

13   recommended a base offense level of seven in Paragraph 22;

14   a loss of more than 2.5 million in Paragraph 23 for

15   eighteen.

16             Paragraph 24 and 25 have two additional

17   enhancements, for an adjusted offense level of twenty-nine,

18   a criminal history category one, and this would leave an

19   advisory guideline range of eighty-seven to one hundred and

20   eight months.

21             Because I have found that her charged loss

22   is less than 2.5 million, the specific offense loss will be

23   sixteen rather than eighteen.

24             Are there any further objections or requests

25   with regards to the Probation Officer's application of the

26   Sentencing Guidelines?

1   Sentencing

2               MR. BROTON:  No, your Honor.

3               THE COURT:  Mr. Jones?

4               MR. JONES:  Well, as you know, Judge, from

5   my sentencing memorandum and also my December 3rd letter, I

6   argue strongly that there is an adjustment to be made for

7   Kamla Sahabir with respect to her role in the offense.

8               THE COURT:  Yes, that's noted and denied.

9   You have an exception.

10              I find that the adjusted offense level is

11  twenty-seven.  The criminal history category one, and the

12  guideline imprisonment range, advisory, seventy to

13  eighty-seven months.

14              Mr. Jones, you have made a motion for a

15  non-guideline sentence.  Do you wish to be heard further

16  with regards to that?

17              MR. JONES:  Your Honor, I will rely upon the

18  twenty-four page sentencing memorandum that I submitted,

19  the exhibits attached to that, which include some

20  forty-five letters written on behalf of Kamla.  There is

21  nothing that I would say now that would add to or enhance

22  my remarks within the four corners of those various

23  documents.

24              THE COURT:  Mr. Broton, do you wish to have

25  any further comments with regards to the defendant's motion

26  for a non-guideline sentence?

1  Sentencing

2          MR. BROTON:  No, Your Honor, beyond our

3  position that the factors set forth in the defendant's

4  sentencing memorandum are not unique or such as would put

5  this case outside the heartland of the guidelines.  And it

6  is our contention that the defendant should be sentenced

7  within the guideline range.

8          THE COURT:  I will reserve on that at the

9  moment.

10          Mr. Broton, any victims of the conspiracy

11  wish to be heard like the State of New York or the Bank of

12  New York?

13          MR. BROTON:  Not that I am aware of, Your

14  Honor.

15          THE COURT:  Mr. Jones, do any family or

16  friends wish to address the Court at this time?

17          MR. JONES:  Yes, Your Honor.  Kamla would

18  like to speak, as would her sister and brother.

19          THE COURT:  Call the sister and brother to

20  speak first, and then the defendant will obviously have a

21  chance to speak obviously.

22          You may be seated.

23          NANDRANIE SINGH:  I am the sister of Kamla.

24  Two broken human beings are standing here today before you

25  pleading for your mercy.  These are two people who have

26  paid a high toll emotionally, mentally, financially,

1  Sentencing

2  physically and in every way possible.  And they fully

3  understand that their involvement in this serious matter

4  was a senseless thing.

5          They regret it.  Wish they can undo it.  The

6  biggest mistake in their lives was that they trusted.  They

7  blindly trusted another human being, and they followed the

8  behest of this person who betrayed them.  This mistake,

9  Your Honor, has led them through a dark, deep abyss.  It

10  has made them suffer.

11          Their dignity have been taken away.  Their

12  life have been taken away.  Their everything have been

13  taken away.  The families, we have suffered.  We have been

14  the source, they have been the source of scandal, of

15  blaspheme, of a lot of turmoil in our lives.

16          Sir, they have been good role models in the

17  community.  They have impacted in a positive way the lives

18  of many people in Queens and in Schenectady.  And, sir, I

19  pled for your mercy.

20          Sir, today I ask you to see -- I know that

21  you have to act within the confines of the law, sir, but I

22  beg of you, that you are also a human being, and to please

23  follow the humanity in you to see that if you put them

24  behind bars, that not only their lives would be shattered,

25  that not only two good lights would be extinguished to this

26  society, but the life of a twelve-year old child there will

1    Sentencing

2    be shattered.  She is just coming out into this world, and

3    she needs her parents, Your Honor.

4              Please have mercy, please.  Mr. Singh's

5    manipulative lies have allowed him to hide behind the law

6    at this time, but one day he will face the truth.  And I

7    beg of you for your mercy.  I beg of you to please have

8    mercy on these two people.  They will do anything to undo

9    it.

10              They made a mistake, and they are paying a

11   tremendous price, sir.  I beg of you.  Please, have mercy.

12   Thank you very much.

13              THE COURT:  Thank you.

14              Does someone else wish to speak at this

15   time?  Come forward to the podium and identify yourself and

16   say what you wish.

17              DOODNAUTH RAMKISSOON:  Your Honor, today I

18   stand before you pleading for your compassion.  I am mostly

19   for my sister, Kamla, and brother-in-law, Baldeo.  As a

20   very devote follower of religion, they both try their best

21   to lead a very exemplary life.

22              They have good principles, and they have

23   molded the lives of so many people.  They have worked very

24   closely with their church.  They have started many programs

25   that benefited so many young children which created a

26   foundation for them to achieve in their lives.

1    Sentencing

2              Today they are at your mercy for an act that
3    I am sure they did not know what the consequences would
4    have been, and for which they wish they could have undone
5    like my sister had said.  But all of that is now history at
6    this time before you.

7              I plead on their behalf that their daughter,
8    who is so young and who is beginning to see the experiences
9    of this life and this world, the only comfort she has known
10   is being with her parents.  She cannot fathom what her life
11   would be like to be away from her parents.  Your Honor, her
12   future will be in jeopardy.  Her life will be in turmoil.

13             All of us, my other sisters and my brother,
14   have paid a tremendous price for this experience that they
15   have been going through for the past year or over.  I plead
16   with Your Honor that you can give us back my sister and
17   brother-in-law so that we can able to carry on life a
18   dignified life that we are accustomed to.

19             I wish to mention, Your Honor, that every
20   year we gather together to observe the memorial service of
21   my mother and my father.  And we all sit together in prayer
22   to remember our good parents.  I cannot imagine what it
23   will be like for them not to be around.  We have always sat
24   together to do this.

25             Your Honor, take this into consideration,
26   and for whatever misdeed that was done, I hope that you

1  Sentencing

2  will take that in consideration so that when you make your

3  decision, you will show your mercy and your compassion so

4  that their lives will be better off serving people in the

5  community.  I think, Your Honor, their life would be of

6  better use being out in the open, serving society, than

7  being behind bars.  I beg of you, Your Honor, to take all

8  of this into consideration as you make your decision.  I

9  thank you.

10             THE COURT:  Thank you.

11             Mr. Jones, do you wish to be heard?

12             MR. JONES:  No, Your Honor, but Kamla would

13  like to speak at this time.

14             THE COURT:  Please say what you wish for as

15  long as you wish.

16             THE DEFENDANT:  Sir, I came to the United

17  States over twenty-five years ago.  We were in this same

18  courtroom several weeks ago, my husband and I.

19             When I came from Guyana, we are from a

20  country where we experience both racial and financial

21  discrimination.  My father who worked on the sugar

22  plantation in Guyana and who was very ambitious, it was his

23  dream that his children will go to that promise land of

24  America and continue to work, enjoy the benefits of what

25  America has to offer, and that is both academically, as

26  well as other aspects of our lives.

1   Sentencing

2          My father was a very simple man.  While he

3   worked very hard for his children to have a very good

4   education, my mother stood home and took care of my other

5   six siblings, my brothers and sisters.  Coming to America

6   was a blessing for all of us because the opportunities are

7   endless.

8          When I went to Tampa, Florida thirty-five

9   years ago, my goal was academics, and I thought that this

10  country has vastness, all the opportunities we can wish

11  for.  I went to school.  I accomplished classes, some

12  college, but my parents taught us that family togetherness

13  is very important.

14         And I recall the words of my dying father,

15  that if any one of us were to encounter difficulties in our

16  lives, he is asking that the brothers and sisters stick

17  together and help the less fortunate ones.  That is why,

18  even though my husband and I were going through two

19  tremendous years of mental agony, financial difficulties,

20  the stress of dealing with everyday life, and with the hope

21  of some day this will be over, my brothers and my sisters

22  and all of my nieces, nephews, my in-laws and all our

23  extended families stood by our sides because they believe

24  in us.

25         My company that I work for right now for

26  seven years could have kicked me, as my husband lost his

1  Sentencing

2  job a year ago due to a newspaper article.  He was

3  terminated.  But because of the fact that I am a hard

4  worker.  I work relentlessly.  Not only did I do a fabulous

5  job working and being one of the top agents of my company,

6  but that was endorsed by the fact that ninety-nine percent

7  of my business was referrals, meaning that people believed

8  in me, and they think the service I offer can help other

9  people.

10               I can go on and on and on, but I will try to

11 say as much as I can in this little bit of time.  We were

12 raised in a family with very strong moral ethical values.

13 We believe in selfless service.  In all my upbringing, I

14 believe serving humanity is serving God.  And from

15 childhood until this day, my husband and I participates in

16 a minimum of twenty hours of community service.

17               There are old and disabled people in our

18 community that needs help, that needs a form to be filled

19 because they have no one to call.  They will call my

20 husband and I, and I will drive to their homes.  They can

21 all attest to that.  I will do what it takes to drive them

22 to the Department of Social Services, a ride to the

23 hospital, a ride to the doctor's office.

24               I work seven days every week around the

25 clock.  I attend to my daughter, Ishana, who is twelve

26 years old, trying to raise her with the same values that my

1  Sentencing

2  parents raised us.  I will speak to her no matter how busy

3  we are.  My husband and I and her will sit every night,

4  even if it is for a few minutes, helping her with her

5  homework or speaking to her that you are in a country where

6  education is very important.

7              We will ask her about her day, and she will

8  ask us about our days, what we did, and what were the

9  trials of our days.  Inasmuch as she is twelve years old,

10  she is extremely intelligent.  She accompanies us

11  everywhere we go.  We have never gone anyplace separately

12  but as a family because that's the life that we were

13  raised, and that's all I know.

14              I enjoyed several benefits as a hard worker

15  from my company.  Even for my conventions, I will ask the

16  school to give her a couple of days off so we can again be

17  together as a family.

18              Ishana is a very bright child.  She is in

19  several gifted programs.  She is hoping some day, even

20  though she is a little bit indecisive, to be either a

21  lawyer or a doctor because we have several doctors in our

22  family, and we believe in humanity.  She thinks, just like

23  her parents and her cousins and her aunts and uncles, she

24  continue the family trend of helping people, not looking

25  for anything in return.

26              When we were here several weeks ago, with

1   Sentencing

2   the help of our attorney that we will prove ourselves not

3   guilty and walk out this courtroom victorious.  Because of

4   one little mistake we made, and that is trusting a man by

5   the name of Lal Singh.

6              We borrowed money in the name of propagating

7   and promoting our church because of a growing community in

8   Schenectady.  My husband is a classical music instructor,

9   and I am also a yoga instructor.  I teach yoga in the

10  community every Tuesday, and he teaches music for free -- I

11  teach on Tuesdays and he teach on Thursdays.

12             We work with all the members of the

13  community, community educators, helping to keep children

14  off the streets in the new growing community in

15  Schenectady, a community that both my husband and I

16  contributed to towards the economic growth of that city.

17  We were successful because children are turning to music,

18  to yoga for relaxation and to east the burden of stress.

19             As a musician, we are told and all research

20  has shown that children that are musically inclined are

21  academically inclined, and we have seen all his students

22  heading from high school to college, which is a good thing

23  because they are the future of the world.

24             As I said several weeks ago, I thought that

25  sitting in front of a group of twelve people and presenting

26  the facts and our background and explaining to them through

1  Sentencing

2  our attorneys how we were manipulated by a man who pled

3  guilty to all these charges.  We borrowed money from him

4  and did sign a promissory note.  We promised to pay him

5  back, and he fed us beautiful words, that I trust you

6  people, that I do not want anyone to know my business, that

7  I am a banker.  I am a banker of almost thirty years.  I am

8  very successful.

9           One of his privileges, he told us, as a

10  banker is that he is able to sell stocks short term, and

11  because of my little experience in Wall Street where I

12  worked in financial services, I know there is such a thing

13  as short-term trading.  And he explained to us, we believed

14  him, that the money that he was wiring to us was as a

15  result of his short-term investments, and it was as a

16  result of one of his privileges as a vice-president at the

17  bank.

18           I would remember very early in the mornings

19  when he would call us at our home.  He will play -- in the

20  background, we will hear music in Hinduism.  It is

21  considered hymns, that here is a good man.  Here is a man

22  who is God fearing.  Why should we not believe him?

23           My husband and I were involved in several

24  temples, and he would do music as a fundraiser to help all

25  the organizations.  This man manipulated him and used the

26  skills and ability of my husband as part of his fundraising

1   Sentencing

2   activities for his temple.  He told us that my husband is

3   one of the best musicians that he has ever met and because

4   as a result of my husband helping his temple, that they

5   were able to do many other events and activities, and I

6   know that for sure because I accompanied my husband on many

7   occasions.

8             Lal Singh said he met me, and he knew me

9   ever since 1995.  I never met this man until 2001.  Again,

10  his lies were so crafted.  He would sift from the sources

11  and authorities and drafted his script so beautifully that

12  he could have convinced a jury and everyone that was

13  present that my husband and I were part of his crime.

14            Sir, never we were a part of his heinous

15  crime.  We are hard working people.  We don't have

16  thousands or hundreds of thousands in the bank.  The

17  properties we owe all have legitimate mortgages from

18  commercial banks.

19            As a realtor, I was extremely successful.

20  Even in this very trying time, I would say I was still

21  successful.  Everyday I wake up in the morning, I says,

22  Lord, please let me have another successful day.  Let me

23  have the strength and the ability to face the general

24  public, even though there are some people who may think

25  that as a result of Lal Singh's lies and wrongdoing, that

26  maybe I am one of those persons.

1   Sentencing

2            The results that I have accomplished and

3   because of my professional life, it tells me that people do

4   not believe Lal Singh and what was published in the

5   newspapers.  I am a hard working individual.  My father

6   told me when I was a little child growing up that winning

7   the lottery is staying healthy and working hard, and I

8   think I have won the lottery because I am always healthy

9   and I have always worked hard.

10           Today I am here.  I am embarrassed by the

11  fact that my sister and my brother and all my in-laws are

12  here, that we put them through tremendous mental turmoil

13  the last two years.  Many people know I am a strong person,

14  but I do have my weak moments.  I will call my brother who

15  is a priest, and I will cry to him, and I will tell him how

16  much I am affected.  I never went to a mental institution.

17  I never went to a hospital because I know I have inner

18  strength.

19           With the help of my family, my sister, we

20  would have lost everything.  We would perhaps lost the home

21  we are living in right now.  My brother and sister, I

22  think, helped us with every last bit of penny that they had

23  available to them.  Had it not been for them, maybe we

24  would have also been homeless, living on the streets.

25           One day I did not have enough money to pay

26  our electric bill, and I didn't tell anyone because I was

1    Sentencing

2    embarrassed.  My husband and I came home, and there was no

3    power.  An agent who, over the years, made over six digits

4    because she is bombarded with all the expenses could not

5    afford to pay a six hundred dollar gas and electric bill.

6    I went to the Department of Social Services, and I sat

7    there in total rejection.  This is not where your father

8    wanted you to be.

9              I don't believe in living off the

10   government.  I don't believe in asking for help.  We

11   believe in hard work.  Because I believe strongly in the

12   laws of Karma, that whatever you do, you have to pay.  And

13   I think if I take from the government, I have to pay it

14   back.  I went to the Department of Social Services and I

15   asked for a loan so that our gas and electric could be

16   reinstated, and they did that.  And I pay them eighty

17   dollars each month.

18             I could have gone, with everything that is

19   happening, and sit there an fill forms and ask for help,

20   but that is not -- I do not want to be a burden to the

21   United States of America.  I want to be able to be given

22   the opportunity, just as my father says, work hard and if

23   you are good at what you do, you can never be suppressed.

24             I want the opportunity to continue to work

25   in this beautiful land of America.  I came here not to live

26   in prison, not to live in an institution because I have the

1   Sentencing

2   energy and ability to help myself and to put my daughter

3   through college so that some day she can become a doctor or

4   a lawyer.  My husband is a good man.  He is a kind man.

5              And many days and many nights when I will

6   ask him to take me, in spite of inclement weather, to help

7   families, he will drive me to their homes and sit and wait

8   in the car so I can spend fifteen and twenty minutes to

9   help the old and aged fill their forms to go to the

10  doctor's office the next day or to apply for food stamps or

11  to apply for health benefits because of one man, who has no

12  mercy.

13             He came to this court.  He freed his wife

14  who enjoyed hundred of thousands, his niece, his brother,

15  his best friend, but he has thrown my husband and I in

16  front of a bus, and he drove over us.

17             What will happen to Ishana?  We don't want

18  her to be a burden to the United States government.  We

19  want to be able to provide for college.  We want to be able

20  to be around her in every step of her life.  We came to

21  America for a better life, and we have worked for that

22  every step of the way.  It is unfortunate that twelve

23  people made a decision which today will influence what will

24  happen tomorrow.

25             Sir, as I said earlier, I can go on and on

26  and on.  If I were to bring you letters, I will bring you

1    Sentencing

2    thousands, perhaps millions, because not only did we work

3    in this part of New York, but in Florida and New York City.

4    We are happy to tell you that students that came through

5    the classes of my husband are doctors and lawyers today.

6    My nieces who I was around all the time, they are doctors.

7    My brother's daughter is working in Congress.  My sister's

8    son is in engineer school.

9              I do not want anyone to taunt my daughter

10   that their parents are criminals, they stole from the

11   government.  I have no intentions of stealing from the

12   United States Government.  I came to this country to work,

13   to pay my taxes, and enjoy what I have earned.  I do not

14   want anyone to say to my child that your parents are in

15   jail.  I do not want anyone to say to her -- I do not know

16   what her mental condition will be.  I do not know if she

17   will be able to face anyone telling her anything negative

18   about her parents.

19             Every Sunday morning ever since she was

20   born, unless we are out of the country or out of state, we

21   will together go as a family and pray.  Everyone that knows

22   me even, my office knows that between the hours of nine to

23   2:00 p.m. on Sundays, do not call me, I will not answer my

24   phone because that is the time for my family and myself in

25   church.

26             Every one knows on Tuesday from six to seven

1    Sentencing

2    don't call me.  I am teaching yoga as a community service.

3    Every one knows on Thursdays from six to eight don't call

4    my husband or I.  We are were the children teaching music

5    in our temple on Paige Street.

6              This was not easy for us.  This was not easy

7    for our family.  We did everything we could to prove to the

8    government, to the twelve people that were sitting there,

9    that we did not do anything wrong.  And today I want to

10   state that my husband and I did not steal.  We never

11   benefited from anything that Mr. Singh stole.  He used us.

12   He abused us.

13             I am asking today that, please, consider

14   everything that I just said, and if we were given the

15   opportunity to come back in this courthouse with maybe

16   other evidences that might be available, once again we will

17   prove to you that Lal Singh did what he did, and him and

18   his family benefited.  My husband and I gained nothing.

19   Rather than gaining, we are at the point of losing

20   everything we worked so hard for.

21             I hope today that when I leave this

22   courtroom, we can go back home as a family, my husband and

23   I, together with my little daughter, so we can continue to

24   work for her and work with her so that she can be an

25   outstanding young woman.  Thank you, sir.

26             THE COURT:  Thank you.

1   Sentencing

2           Mr. Broton, do you wish to be heard?

3           MR. BROTON:  Your Honor, not beyond what is

4   in our sentencing memorandum.

5           MR. JONES:  Your Honor, I have just been

6   advised that the daughter would like to speak, if that is

7   permissible.

8           THE COURT:  If she wishes.  She had a chance

9   before, but if she wants to come for a few moments.  I have

10  read her letter.

11          ISHANA SAHABIR:  Your Honor, I speak as the

12  daughter of Kamla and Baldeo Sahabir.  All I would like to

13  say is my mother is a very hard working, very, very hard

14  working woman with my father.

15          If I am anything, if I am doing well in the

16  academic field -- if I am doing well in the academic field,

17  it is all because of them.  Whatever we have done, we did

18  it as a family.  I believe that they are completely

19  innocent.  That's all.

20          THE COURT:  Thank you.

21          I have considered the applicable Sentencing

22  Guidelines, as well as the other factors listed in

23  18 U.S.C. 3553(a).  These factors include the pertinent

24  Sentencing Commission policy statements, the need to avoid

25  unwarranted sentencing disparities, and the requirement

26  that judges impose sentences that reflect the seriousness

24

1    Sentencing

2    of the offense, promote respect for the law, provide just

3    punishment, afford adequate deterrence, and protect the

4    public.

5                    I have taken into account 18 U.S.C. 3553(a),

6    the variety of factors other than the Sentencing

7    Guidelines.

8                    I find that the defendant has no prior

9    criminal history, and she has demonstrated stability in the

10   community as evidenced by her employment history and the

11   numerous letters submitted on her behalf and in her

12   statement today.

13                   The loss amount appears to substantially

14   overstate the seriousness of the offense since the loss was

15   derived from, quote, unclaimed, end quote, funds, and there

16   were no individuals identified as victims.

17                   The government has not furnished evidence

18   that the defendant directly benefited from the fraudulent

19   proceeds.  The defendant has a twelve-year old daughter who

20   faces a critical time period of her life without the

21   benefit of two parents.

22                   Furthermore, the defendant's husband faces

23   deportation which would create an added consequence for the

24   defendant and her family.  Neither the State of New York,

25   nor the Bank of America has come forward with victims of

26   the scheme and the conspiracy.

1   Sentencing

2            However, the above does not mean that this

3   was not a very serious crime.  It was not a little mistake.

4   It involved millions of dollars.  It involved a number of

5   years.  It involved hundreds of transactions.

6            As the defendant has just demonstrated, she

7   is a very intelligent woman, and twelve jurors, after a

8   very fair trial and after she was represented by

9   outstanding counsel, did not believe that she was duped or

10  her husband was duped in a transaction that occurred over,

11  as I said, a number of years, hundreds of transactions, and

12  millions of dollars.

13           Make no mistake about it, this was a very

14  serious conspiracy.  The jury heard all of the evidence,

15  and twelve jurors found the defendant guilty.  That all

16  being said, I do find that the purposes of

17  18 U.S.C. 3553(a) will be satisfied by a sentence outside

18  the guidelines.

19           To note that this is a serious crime, the

20  maximum sentence could be twenty years in prison, and the

21  guidelines advisory talk about six to eight to nine years

22  in prison.  So it should not be minimized that this is not

23  a serious crime that the defendants have been convicted of.

24  It was not a little mistake.  A little mistake does not

25  last for years.  A little mistake does not last for

26  millions of dollars.  A little mistake does not involve

1    Sentencing

2    hundreds of transactions.

3              With that come forward to be sentenced.

4              Upon a finding of guilty by a jury on

5    Counts 1, 2, and 6 through 10 of the Indictment, it is the

6    judgment of the Court, and after considering the factors

7    under 18 U.S.C. 3553(a), that a non-guideline sentence is

8    appropriate.

9              It is the judgment of the Court that you are

10   hereby committed to the custody of the Bureau of Prisons to

11   be imprisoned for a term of thirty-six months on each count

12   of conviction to run concurrent with each other, for a

13   total term of imprisonment of thirty-six months.

14             Upon your release from imprisonment, you

15   shall be placed on supervised release for three years on

16   Counts 1 and 2, and five years on Counts 6 through 10, all

17   to run concurrent for a total term of five years of

18   supervised release.

19             While on supervised release, you shall not

20   commit another federal, state or local crime.  You shall

21   comply with the standard conditions that have been adopted

22   by this Court, and you shall comply with the following

23   special condition:

24             I find there is a reasonable foreseeable

25   risk that you may engage in criminal conduct similar or

26   related to the present offense or your past criminal

1   Sentencing

2   conduct.  Therefore, I direct you notify your employer of

3   risks that may be occasioned by your criminal record or

4   personal history or characteristics, and direct the

5   Probation Officer to confirm your compliance with this

6   notification requirement.

7           Based on my determination that you pose a

8   low risk of future substance abuse, the mandatory drug

9   testing condition is waived.

10          It is further ordered you shall pay

11  restitution in the amount of $2,419,245.10 to the victim,

12  the Bank of New York.  Restitution is due and payable at

13  the rate of twenty-five percent of your earnings while

14  incarcerated and at the minimum rate of two hundred and

15  fifty dollars per month or ten percent of your monthly

16  earnings, whichever is greater, upon your release.

17          You are jointly and severally liable for

18  restitution with co-defendant, Baldeo Sahabir, and related

19  to Lal Singh.  Restitution payments shall be forwarded to

20  the United States District Court in Syracuse.

21          I do not impose any fine based upon your

22  financial resources, projected earnings, as well as the

23  restitution ordered.

24          You shall pay to the Clerk of Court a

25  special assessment of seven hundred dollars which is due

26  and payable immediately.

1    Sentencing

2              You do have a right to appeal this sentence.

3    Consult with your attorney to determine whether or not an

4    appeal is warranted.  Any appeal must be filed within

5    fourteen days of this sentence.

6              Strictly based upon the situation with your

7    daughter, I am allowing to you self-report.  You shall

8    surrender to the Bureau of Prisons by reporting to the

9    institution designated by 2:00 p.m. on Tuesday, March 29,

10   2011, and are to contact the U.S. Marshal of this district

11   who will advise you of the institution designated.

12             Anything further, counselors?

13             MR. JONES:  Your Honor, I had requested in

14   my sentencing memorandum that you also recommend to the

15   Bureau of Prisons that she be sentenced to a facility

16   within the State of New York as close to her daughter as

17   possible.

18             THE COURT:  So recommended.

19             MR. JONES:  Thank you.

20             THE COURT:  Anything further, counselors?

21             MR. JONES:  No, Judge.

22             MR. BROTON:  Your Honor, I would just ask

23   the record to reflect our exception to the sentence outside

24   the guidelines range.

25             THE COURT:  So noted.

26             Without anything further, Mr. Minor.

1   Sentencing

2            COURT CLERK:   Court stands for a brief

3   recess.

4

5            (Whereupon, the proceedings held on

6            December 15, 2010, were ended at 2:25 p.m..)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

```
 1                    C E R T I F I C A T E

 2

 3          I, NANCY L. FREDDOSO, RPR, Official Court Reporter

 4    in and for the United States District Court, Northern

 5    District of New York, do hereby certify that I recorded

 6    stenographically the foregoing at the time and place

 7    mentioned; that I caused the same to be transcribed; and

 8    that the foregoing is a true and correct transcript thereof

 9    to the best of my knowledge, ability, and belief.

10

11          I further certify that I am not an attorney or

12    counsel of any parties, not a relative or employee of any

13    attorney or counsel connected with the action, nor

14    financially interested in the action.

15

16

17                         S/NANCY L. FREDDOSO, RPR

18                    Official United States Court Reporter

19

20

21    My Commission expires March 30, 2011

22

23

24

25

26
```