United States District Court
For the Northern District of New York

United States of America

    -VS-                                                      Case No.: 1:09-CR-0507 (DNH)

Baldeo Sahabir and Kamla Sahabir

_____

ORDER TO SHOW CAUSE

     This case is closed and being prepared for storage. It was filed, however, under seal or contains documents which were sealed by order of the Court.

     ORDERED that the parties show cause, within thirty (30) days of the date of this order, why the case or documents cannot be unsealed. Failure to respond or show cause will result in the case or documents being unsealed, scanned, and uploaded to the District's Electronic Filing System (CM/ECF) without further order.

Signed this 12th day of August, 2011,

David N. Hurd
District Judge