UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF NEW YORK

_____

USA,
Plaintiff/Respondent            vs.         Criminal Case No. 1:09-CR-0507-002 (DNH)
                                            Civil Case No. 1:12-CV-0461

KAMLA SAHABIR,
Defendant/Petitioner

_____

**28:U.S.C. 2255 HABEAS PETITION**
**NOTICE OF BRIEFING SCHEDULE**

**IT IS ORDERED THAT:**

  Pursuant to the direction of the Court, the filing of papers relative to the above-referenced 2255 action shall be scheduled as follows:

  On March 14, 2012, Kamla Sahabir, filed a pro se motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. Section 2255.  Pursuant to said statute, the Court has directed the Clerk of the United States District Court to serve notice of Kamla Sahabir's 2255 motion upon the Office of the United States Attorney for the Northern District of New York.

  The Government is directed to electronically file the official response to the above entitled action on behalf of the United States, and serve a copy on the movant, no later than **April 24, 2012.**

  If the Government needs to refer to any court proceedings in it's response, such as a plea or sentencing hearing, the Government shall provide the Court with a copy of the transcript(s) related to any such proceeding together with the Government's response.

  The petition shall be taken on submitted papers with no oral argument.

  All papers filed in 28 U.S.C. Section 2255 actions shall be done in the underlying criminal case.  A civil case is opened for statistical purposes only and will not contain any filed documents.

  Dated: 3/14/2012

                 LAWRENCE K. BAERMAN, CLERK

              BY:_____s/S. Evans_____
                   Deputy Clerk